| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 4:12-CR-00016(28) |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Becker Scott Demming | DISTRICT Eastern District of Texas | DIVISION Sherman FILED: 6/23/17 U.S. DISTRICT COURT EASTERN DISTRICT COURT DAVID A. O'TOOLE, CLERK |
|---|---|---|
| | NAME OF SENTENCING JUDGE U.S. District Judge Marcia A. Crone | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM August 1, 2016 — TO July 31, 2021 |

OFFENSE
21 U.S.C. § 846, 841(b)(1)(A) - Conspiracy to Possess with the Intent to Manufacture and Distribute 500 Grams or More of Methamphetamine and/or 50 Grams or More of Methamphetamine (Actual).

3-17CR-311-K

**PART 1 - ORDER TRANSFERRING JURISDICTION**

United States District Court for the Eastern District of Texas

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Texas, Dallas Division upon that Court's order of acceptance of jurisdiction.

_5/30/17_
Date

_Marcia A. Crone_
United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

United States District Court for the Northern District of Texas, Dallas Division

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_6/14/2017_
Effective Date

_Ed Kinkeade_
United States District Judge

FILED
JUN 23 2017
Clerk, U.S. District Court
Texas Eastern